# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-3 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| REGINALD WAYNE JONES | ) | Magistrate Judge Lee |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One and Count Three of the six-count Superseding Indictment; (2) accept Defendant's guilty plea as to Count One and Count Three; (3) adjudicate the Defendant guilty of Count One and Count Three; (4) defer a decision on whether to accept the amended plea agreement [Doc. 46] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter [Doc. 47]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 47] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One and Count Three of the Superseding Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One and Count Three is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Three;
4. A decision on whether to accept the amended plea agreement [Doc. 46] is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **August 8, 2024, at 2:00 p.m. ET** before the undersigned.

   **SO ORDERED.**

   */s/ Charles E. Atchley, Jr.*
   **CHARLES E. ATCHLEY, JR.**
   **UNITED STATES DISTRICT JUDGE**